IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| United States of America, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  2:12-cr-04039-FJG-1 |
| | ) | |
| Humberto Jerado Rueda, | ) | |
| Defendant. | ) | |

## ACCEPTANCE OF PLEA OF GUILTY
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of United States Magistrate Judge Matt J. Whitworth (Doc. #43 filed on October 1, 2012), to which no objection has been filed, the plea of guilty to Counts 1 and 2 of the Indictment which was filed on May 23, 2012, is now accepted.  Defendant is adjudged guilty of such offense(s).  Sentencing will be set by subsequent order of the court.

                                             */s/ Fernando J. Gaitan, Jr.*
                                             Fernando J. Gaitan, Jr.
                                             Chief United States District Judge

Dated:  October 22, 2012
Kansas City, Missouri