IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| United States of America, | ) |
|         Plaintiff, | ) |
| | ) |
| v. | )   No. 2:12-cr-04039-FJG-2 |
| | ) |
| Jose Javier Montalvo-Nicholas, | ) |
|         Defendant. | ) |

## ACCEPTANCE OF PLEA OF GUILTY
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of United States Magistrate Judge Matt J. Whitworth (Doc. #44 filed on October 1, 2012), to which no objection has been filed, the plea of guilty to Counts 1 and 2 of the Indictment which was filed on May 23, 2012, is now accepted. Defendant is adjudged guilty of such offense(s). Sentencing will be set by subsequent order of the court.

                                                     **/s/ Fernando J. Gaitan, Jr.**
                                                     Fernando J. Gaitan, Jr.
                                                     Chief United States District Judge

Dated: October 22, 2012
Kansas City, Missouri